UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>IBERIA PACIFIC HOLDINGS, LLC; AND DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No.: 23-cv-2119-WQH-SBC<br><br>**ORDER** |

HAYES, Judge:

IT IS HEREBY ORDERED that the Joint Motion for Dismissal with Prejudice of All Defendants and Plaintiffs' Complaint in Its Entirety (ECF No. 9) is granted. Plaintiffs' claims against all Defendants are dismissed with prejudice. Each party shall bear their own respective attorney fees and costs. The Clerk of Court shall close this case.

Dated: April 8, 2024

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court